4512.   BROWN & HALEY *v.* BROWNING.

RUSSELL, J.  The court did not err in overruling the certiorari.  The only issue was as to the terms of the contract of rental and sale.  It was undisputed that the defendant in error sold to the plaintiffs in error a stock of merchandise and rented to them a storehouse, and subsequently purchased from them various articles of merchandise, as to the sum total of which the parties agreed.  According to the testimony of the defendant in error, there was an express agreement that his indebtedness to the plaintiffs in error for merchandise, if any, was to be credited upon the notes they had given him, with the stipulation that, up to the amount of the account due by him, there was to be a deduction pro tanto from the interest accruing upon the notes, but that his rental should be paid monthly.  If the jury believed this testimony, the defendant in error had the right to sue out the distress warrant.  And as the finding of the jury was supported by some evidence, and there was no error of law on the trial, the judge of the superior court did not err in refusing another trial.                    *Judgment affirmed.*

DECIDED JANUARY 22, 1913.

Certiorari; from Franklin superior court—Judge Meadow.  September 28, 1912.

*Alex. Johnson,* for plaintiffs in error.   *Dorough & Adams,* contra.

---

4520.   FIRST NATIONAL BANK OF SENOIA *v.* JONES *et al.*

RUSSELL, J.  1. This court has no power to decide questions which were not raised in the lower court; and, consequently, the objections to the pleadings must be treated as having been waived.  *Ward* v. *Frick Company,* 95 *Ga.* 804 (22 S. E. 899).

2. The note in the present case showing upon its face that it was given for a patent right, the defendants were, as against the holder of the note, let into all of their defenses against the original payee.  The evidence authorized a finding in their favor, and the trial judge did not abuse his discretion in refusing a new trial.                    *Judgment affirmed.*

DECIDED JANUARY 22, 1913.

Appeal; from Fayette superior court—Judge Daniel.  September 27, 1912.

*H. A. Allen,* for plaintiff.   *Lester C. Dickson,* for defendants.